UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>v.<br><br>FRANK SALTI,<br><br>                                      Defendant. | Case No.: 3:17-cr-01732-JAH<br><br>**ORDER GRANTING EX PARTE MOTION FOR EARLY TERMINATON OF SUPERVISED RELEASE**<br><br>**(ECF No. 32)** |

Pending before the Court is Defendant Frank Salti's ("Mr. Salti") Motion for Order Early Termination of Supervised Release. (ECF No. 32). Mr. Salti has three months remaining of his term for supervised release, after having served over two thirds of his term. (*Id.* at 2.). The motion is unopposed by USPO Lissa Williams. (*Id.*) Upon consideration of the motion and the factors set forth in 18 U.S.C. § 3553, the Court GRANTS Mr. Salti's request for early termination of supervised release, effective as of the date of this Order.

**IT IS SO ORDERED.**

DATED: February 18, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE